IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

UNITED STATES OF AMERICA

v.

JOSHUA BRIDGES

NO.  1:20-CR-00009-001 (LAG)

## ORDER

Bridges commenced a four-year term of supervised release on March 18, 2025. A Petition for Warrant or Summons for Offender was filed on January 17, 2026, and alleged the supervised releasee violated the conditions of supervised release. He was arrested on February 12, 2026, and appeared before United States Magistrate Judge Alfreda L. Sheppard in the Middle District of Georgia, for an Initial Appearance Hearing.  During the hearing, Bridges waived his right to a Preliminary Hearing and was held in detention pending a Revocation Hearing. A Revocation Hearing was held on April 2, 2026, in which the supervised releasee admitted to all nine violations in the Petition. He further addressed the Court and sought the options of residential substance abuse treatment being imposed.

Accordingly, it is ordered that disposition be held in abeyance; and the supervised releasee be released under the same terms and conditions of Supervised Release as previously imposed. In addition, upon release from federal custody, the supervised releasee must immediately report to the Houston County Jail to satisfy the location monitoring bond requirement in case number 2025C0064138 (felony shoplifting). Once released from the Houston County Jail, the supervised releasee, within 24 hours, shall enroll and participate in the inpatient substance abuse treatment program Men's Life Recovery, administered by the Macon Rescue Mission of Middle Georgia, in Macon, Georgia. The supervised releasee is required to participate in said program until successful completion of the program.

SO ORDERED this 20ᵗʰ day of ____April____, 2026.


_____
LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE


Prepared by: QLB